**In re AIR CRASH DISASTER NEAR NEW ORLEANS, LOUISIANA, ON JULY 9, 1982.**

**No. 516.**

Judicial Panel on Multidistrict Litigation.

Oct. 7, 1982.

As Corrected Oct. 25, 1982.

Before ANDREW A. CAFFREY, Chairman, and ROY W. HARPER, CHARLES R. WEINER, EDWARD S. NORTHROP, ROBERT H. SCHNACKE, FRED DAUGHERTY, and SAM C. POINTER, JR., Judges of the Panel.

TRANSFER ORDER

PER CURIAM.

The Panel having ruled from the bench at the hearing held on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS ORDERED that the action listed on the following Schedule A and pending in the Southern District of Florida be, and the same hereby is, transferred pursuant to Section 1407 to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Adrian G. Duplantier for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

SCHEDULE A

**Eastern District of Louisiana**

*Gabriel N. Trahan, Jr., et al. v. Pan American World Airways, et al.,* C.A. No. 82–2934

*Opal Bode, et al. v. Pan American World Airways, et al.,* C.A. No. 82–2968

*Paul A. Fenn, et al. v. Pan American World Airways, et al.,* C.A. No. 82–2967

*Dorris Vidrine, et al. v. Pan American World Airways, Inc., et al.,* C.A. No. 82–3027

*Judy Pregeant, et al. v. Pan American World Airways, Inc., et al.,* C.A. No. 82–3054

*Norwood Fitzgerald, et al. v. Pan American World Airways, Inc.,* C.A. No. 82–3082

*Percy Edward Hood, et al. v. Pan American World Airways, Inc.,* C.A. No. 82–3083

*Timothy Casey, et al. v. Pan American World Airways, Inc.,* C.A. No. 82–3084

*Nicki Schiefelbein Delapasse, et al. v. Pan American World Airways, Inc.,* C.A. No. 82–3085

*Robert Guillory v. Pan American World Airways, Inc.,* C.A. No. 82–3064

*Opal Bode, et al. v. Pan American World Airways, Inc., et al.,* C.A. No. 82–3121

*Joseph C. Iverstine, Sr., et al. v. Pan American World Airways, Inc., et al.,* C.A. No. 82–3127

**Southern District of Florida**

*Beau Edmonds, et al. v. Pan American World Airways, Inc.,* C.A. No. 82–1486–JE